1 | Anoush Hakimi (SBN 228858)
2 | *anoush@handslawgroup.com*
  | Peter Shahriari (SBN 237074)
3 | *peter@handslawgroup.com*
  | Ani Avetisyan (SBN 266679)
4 | *ani@handslawgroup.com*
5 | Laura Steven (SBN 332168)
  | *laura@handslawgroup.com*
6 | **THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7 | 1800 Vine Street,
  | Los Angeles, CA 90028
8 | Telephone: (888) 635-2250
9 | Facsimile: (213) 402-2170

10 | Attorneys for Plaintiff
11 | **AMBER MACHOWSKI**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, | CASE NO.: 8:21-cv-00141-JLS-DFM |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| vs. | |
| KWANG JOSHUA PARK, an individual; and Does 1-10, | The Hon. Judge Josephine L. Staton |
| | Trial Date:  Not on Calendar |
| Defendants. | |

The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

1    The Parties, therefore, apply to this Honorable Court to vacate all currently set

2

3   dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to

4   all parties will be filed within 60 days. The Parties further request that the Court

5   schedule a Status Conference/OSC Hearing approximately 60 days out at which the

6

7   Parties, by and through their attorneys of record shall show cause why this case has

8   not been dismissed.

9

10

11   DATED:  February 25, 2021    **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

12

13

14    By:    **/s/Anoush Hakimi**
            Anoush Hakimi, Esq.

15            Attorneys for Plaintiff, Amber Machowski

16

17

18   DATED:  February 25, 2021    **LAW OFFICES OF ALBERT CHANG**

19

20    By:    **/s/ Hyunsuk Albert Chang**
            Hyunsuk Albert Chang, Esq.

21            Attorney for Defendant, Kwang Joshua Park

22

23

24

25

26

27

28

1

2

## <u>SIGNATURE ATTESTATION</u>

3   I hereby attest that all signatories listed above, on whose behalf this stipulation

4   is submitted, concur in the filing's content and have authorized the filing.

5

6   ANOUSH HAKIMI

7

8   */s/ Anoush Hakimi*

9   By: Anoush Hakimi
   Attorney for Plaintiff Amber Machowski

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3