UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI,<br><br>       Plaintiff,<br><br>   v.<br><br>KWANG JOSHUA PARK, an individual; and Does 1-10,<br><br>       Defendants. | Case No.: 8:21-cv-00141-JLS-DFM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

1   Pursuant to Fed. R. Civ. P. 41, the Court, having considered the parties' Stipulation
2   for Dismissal with Prejudice:

3   **HEREBY ORDERS THAT:**

4   Plaintiff Amber Machowski's action against Defendant Kwang Joshua Park is
5   dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: May 07, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE